IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-cr-57 (WLS) |
| | : | |
| ANTHONY LAMAR WHITE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Joint Response (Doc. 30) to this Court's Order to Confer. (Doc. 29.) Therein the Parties notice the Court that they "believe this matter will ultimately be resolved without the necessity of a jury trial." (Doc. 30.)

The Parties did not specifically request a continuance in their Response (Doc. 30), however. Therefore, if additional time is needed to continue to engage in plea negotiations and to avoid unnecessary court appearances and production of Defendant, the Parties are hereby **ORDERED** to file a Motion to Continue by **no later than close of business, Thursday, June 24, 2022**. Otherwise, the case is noticed for the Valdosta Division August 2022 trial term.

**SO ORDERED**, this 17th day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1